# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE COLLINS,<br><br>             Petitioner,<br><br>     v.<br><br>KEN CLARK,<br><br>             Respondent._____/ | 1:08-cv-00248 OWW DLB HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>[Doc. 4] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 24, 2008, Petitioner filed a motion to extend time to file objections to the Findings and Recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Findings and Recommendation.


IT IS SO ORDERED.

Dated:   **April 15, 2008**                    **/s/ Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE