IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE COLLINS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KEN CLARK, Warden,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-00248-OWW-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #6)<br><br>THIRTY DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 19, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Petitioner is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendations.


　　　　IT IS SO ORDERED.

　　　　Dated:  **May 21, 2008**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE